# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DAVID REGINALD NEEDHAM**                                                   **PLAINTIFF**

**v.**                                    **No: 3:18-cv-00005 KGB-PSH**

**CRAIGHEAD COUNTY**
**DETENTION CENTER,** *et al.*                                                **DEFENDANTS**

## ORDER

Plaintiff David Reginald Needham filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on January 18, 2018 (Doc. No. 1). On January 19, 2018, the Court entered an order directing Needham to submit the full $400.00 filing and administrative fees or file a fully completed and signed IFP application within 30 days. *See* Doc. No. 2. Needham was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2). After more than 30 days had passed, and Needham had not complied or otherwise responded to the January 19 order, the Court entered a Recommended Disposition recommending that the case be dismissed for failure to comply with Local Rule 5.5(c)(2) and for failure to respond to the Court's orders. *See* Doc. No. 6. On March 9, 2018, Needham filed an objection explaining that his address had changed and he had not received the Court's order (Doc. No. 7). Therefore, the Court withdraws its Recommended Disposition entered on February 23, 2018. The Clerk of Court is directed to change Needham's address to 403 2nd Street, Jonesboro, Arkansas 72401.

To continue with this lawsuit, plaintiff must either pay the full $400.00 filing and administrative fees or submit a completed *in forma pauperis* ("IFP") application which reflects his free-world financial status. The Clerk of Court is directed to forward an IFP application to plaintiff. Plaintiff's failure to submit an IFP application or pay the filing fee within 30 days from the date of this Order will result in the recommended dismissal of his complaint.

SO ORDERED this 9th day of March, 2018.

UNITED STATES MAGISTRATE JUDGE