IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAVID REGINALD NEEDHAM**                                                             **PLAINTIFF**

**v.**                     **No: 3:18-cv-00005 KGB-PSH**

**CRAIGHEAD COUNTY
DETENTION CENTER,** *et al.*                                           **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff David Reginald Needham filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on January 18, 2018 (Doc. No. 1). On January 19, 2018, the Court entered an order directing Needham to submit the full $400.00 filing and administrative fees or file a fully completed and signed IFP application within 30 days. *See* Doc. No. 2. After more than 30 days had passed, and Needham had not complied or otherwise responded to the January 19 order, the Court entered a Recommended Disposition recommending that the case be dismissed for failure to comply with Local Rule 5.5(c)(2) and for failure to respond to the Court's orders. *See* Doc. No. 6. On March

9, 2018, Needham filed an objection explaining that his address had changed and he had not received the Court's order (Doc. No. 7).  The same day, the Court withdrew its Recommended Disposition and ordered Needham to submit the full $400.00 filing and administrative fees or file a fully completed and signed IFP application within 30 days (Doc. No. 8).  Needham was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

The March 9 order was mailed to Needham at his new address, and has not been returned undeliverable.  More than 30 days have passed, and Needham has not complied or otherwise responded to the March 9 order.  Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Needham's complaint (Doc. No. 1) be DISMISSED WITHOUT PREJUDICE.

DATED this 16th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE