IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID REGINALD NEEDHAM                                                                  PLAINTIFF

v.                              Case No. 3:18-cv-00005-KGB

CRAIGHEAD COUNTY
DETENTION CENTER, *et al*.                                                            DEFENDANTS

## ORDER

Before the Court are Proposed Findings and Recommendation filed by United States Magistrate Judge Patricia S. Harris (Dkt. No. 10). No objections to the Proposed Findings and Recommendation have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendation in their entirety as this Court's findings in all respects. Plaintiff David Reginald Needham's complaint is hereby dismissed without prejudice for failure to comply with this Court's Order and failure to prosecute (Dkt. No. 1).

So ordered this 25th day of June, 2018.

Kristine G. Baker
United States District Judge