# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DAVID REGINALD NEEDHAM**                                                     **PLAINTIFF**

v.                       Case No. 3:18-cv-00005 KGB

**CRAIGHEAD COUNTY**
**DETENTION CENTER**, *et al*.                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff David Reginald Needham's claims are dismissed without prejudice.

So adjudged this 25th day of June, 2018.

                                                               Kristine G. Baker
                                                               United States District Judge